**CGFD33** (10/01/16)



ORDERED in the Southern District of Florida on March 6, 2024

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 23−20868−LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Liliana Sanchez
aka Liliana Vargas
13900 SW 148th Place
Miami, FL 33196

SSN: xxx−xx−3954

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Nancy K. Neidich, having filed a final report, is discharged and this case is closed.

# # #